| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CSBN 163973)<br>Chief, Criminal Division |
| 4 | ARVON J. PERTEET (CSBN 242828)<br>Special Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, 11th floor<br>San Francisco, CA 94102<br>Telephone: 415.436.6598 |
| 7 | Facsimile: 415.436.7234<br>Email: arvon.perteet@usdoj.gov |
| 8 | |
| 9 | Attorneys for United States of America |

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 09- |
| Plaintiff, | ) | |
| v. | ) | WARRANT OF ARREST OF PROPERTY *IN REM* |
| APPROXIMATELY $21,972.00 IN UNITED STATES CURRENCY, | ) | |
| Defendant. | ) | |

TO: ANY DEPUTY UNITED STATES MARSHAL OR ANY SPECIAL AGENT OF DRUG ENFORCEMENT ADMINISTRATION:

YOU ARE HEREBY COMMANDED to arrest and seize the defendant currency APPROXIMATELY $21,972.00 IN UNITED STATES CURRENCY, and maintain custody of same pursuant to 19 U.S.C. § 1605 until further Order of the Court. Claimants of the above-described property which is the subject of this action shall file their claims with the Clerk of the Court, Northern District of California, 450 Golden Gate Ave., 16th floor, San Francisco, California 94102 and serve a copy thereof upon the United States Attorney, Attention: Arvon J. Perteet, Special Assistant United States Attorney, U.S. Attorney's Office, 450 Golden Gate Ave.,

11th floor, San Francisco, California 94102, within 35 days after the date of service of the complaint in accordance with Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims or within 60 days after the first day of publication on the official internet government forfeiture website, www.forfeiture.gov, of the Notice of Forfeiture Action, whichever is earlier and answers to the Complaint shall be filed and served within twenty (20) days thereafter or within such additional time as may be allowed by the Court.

Dated: 10/07/09         RICHARD W. WEIKING
                        United States District Clerk

                        By: _____