JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ARVON J. PERTEET (CSBN 242828)
Special Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, CA 94102
    Telephone: 415.436.6598
    Facsimile: 415.436.7234
    Email:arvon.perteet@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>                 Plaintiff, <br> v. <br> APPROXIMATELY $21,972.00 IN UNITED STATES CURRENCY, <br>                 Defendants. | No. CV 09-4778 BZ <br><br> EX PARTE REQUEST TO VACATE CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER |

No claim has been filed by any party claiming any right, title or interest in the above captioned defendant. The government has requested an Entry of Default from the Clerk, at this time the Entry of Default is pending. The United States will move for a default judgment. To date, no person has asserted a right to appear on behalf of the defendant; therefore the government requests that the case management conference scheduled for Monday, February 1, 2010, be vacated and continued for status at the convenience of the Court.

///

///

1   ///

2   ///

3   Dated: January 22, 2010

   _____
   ARVON J. PERTEET
   Special Assistant United States Attorney

[PROPOSED] ORDER

GOOD CAUSE APPEARING, the case management conference scheduled for February 1, 2010, at 4:00 p.m. is hereby vacated.

The matter is continued to _29th_ day of __March__, 2010, for status., at 4:00 p.m.

IT IS HEREBY ORDERED.

DATED: __January 22, 2010__

_____
BERNARD ZIMMERMAN
United States District Mag. Judge

Ex Parte Request to Vacate CMC
No. CV 09-4778